SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
JULIO CRUZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO CRUZ,<br><br>    Plaintiff,<br><br>vs.<br><br>TL INVEST LLC; and DOES 1 to 10,<br><br>    Defendants. | Case No.: 8:25-cv-01688-FMO (JDEx)<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff JULIO CRUZ ("Plaintiff") and Defendant TL INVEST LLC stipulate and jointly request that this Court dismiss the above-captioned action, with prejudice, in its entirety. Each party shall bear his/her/its own costs and attorneys' fees.

\\
\\
\\
\\
\\
\\

Respectfully submitted,

DATED: September 22, 2025    SO. CAL. EQUAL ACCESS GROUP

By:  /s/  Jason J. Kim
Jason J. Kim
Attorneys for Plaintiff

DATED: September 22, 2025    LAW OFFICES OF ALBERT CHANG

By:  /s/ Hyunsuk A Chang
Hyunsuk A Chang, Esq.
Attorneys for Defendant
TL INVEST LLC

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 22, 2025    By: /s/ Jason J. Kim
Jason J. Kim